## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| DARCO INTERNATIONAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:13-CV-28672 |
| ) | |
| ) | |
| MEDICAL SPECIALTIES, INC., ) | (Jury Trial Demanded) |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Darco International, Inc., hereby files this Notice of Dismissal with Prejudice before Defendant, Medical Specialties, Inc., has filed an answer or a motion for summary judgment pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. The parties have settled this Action and each party will bear its own attorney fees and costs.

Respectfully submitted this 20th day of May, 2014.

**DARCO INTERNATIONAL, INC.**

**By: Spilman Thomas & Battle, PLLC**

 /s/ James S. Crockett, Jr.
Charles L. Woody (WV State Bar ID 4130)
James S. Crockett, Jr. (WV State Bar ID 9229)
300 Kanawha Blvd. E. (ZIP 25301)
P. O. Box 273
Charleston, WV  25321-0273
Tel: 304-340-3862
Fax: 304-340-3801
Email: cwoody@spilmanlaw.com


John F. Rabena (*pro hac vice pending)*
**Sughrue Mion, PLLC**
2100 Pennsylvania Ave, NW
Suite 800
Washington, DC 20037
Tel: 202-293-7060
Fax: 202-293-7860
Email: jrabena@sughrue.com